IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL ACTION NO. 1:17-CV-070-RLV-DCK

| | |
|---|---|
| KAREN BRYANT HANEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| NANCY A. BERRYHILL, ) | |
| Acting Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice*" (Document No. 5) filed by Paul Eaglin, concerning Karl E. Osterhout on March 13, 2017. Mr. Karl E. Osterhout seeks to appear as counsel *pro hac vice* for Plaintiff Karen Bryant Haney. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice*" (Document No. 5) is **GRANTED.** Mr. Karl E. Osterhout is hereby admitted *pro hac vice* to represent Plaintiff Karen Bryant Haney.

**SO ORDERED.**

Signed: May 9, 2017

David C. Keesler
United States Magistrate Judge