**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL ACTION NO. 1:17-CV-070-DCK**

| | |
|---|---|
| KAREN BRYANT HANEY, )<br>)<br>Plaintiff, )<br>) **ORDER**<br>v. )<br>)<br>NANCY A. BERRYHILL, )<br>Acting Commissioner of Social Security, )<br>)<br>Defendant. )<br>) | |

**THIS MATTER IS BEFORE THE COURT** regarding the Status and Motions Hearing scheduled for September 18, 2018. See (Document No. 21). The parties have consented to Magistrate Judge jurisdiction pursuant to 28 U.S.C. § 636(c), and immediate review is appropriate.

Based on counsel's requests to modify the attendance requirement or cancel the hearing on the pending motions for summary judgment, and particularly noting the likelihood of significant impacts to this region of the United States by Hurricane Florence on or about the date of the hearing, the undersigned finds good cause to cancel the hearing.

**IT IS, THEREFORE, ORDERED** that the Status and Motions Hearing scheduled for September 18, 2018 is **CANCELLED**.

**SO ORDERED**.

Signed: September 11, 2018

David C. Keesler
United States Magistrate Judge