IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL ACTION NO. 1:17-CV-070-DCK

| KAREN BRYANT HANEY, | ) |  |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security, | ) | |
| Defendant. | ) | |

**THIS MATTER IS BEFORE THE COURT** on "Plaintiff's Consent Motion For Attorney Fees Under The Equal Access To Justice Act 28 U.S.C. § 2412" (Document No. 30) filed December 14, 2018. The parties have consented to Magistrate Judge jurisdiction pursuant to 28 U.S.C. § 636(c), and immediate review is appropriate. Having carefully considered the motion, the record, and noting consent of the parties, the undersigned will grant the motion.

The undersigned notes that the parties agree that the amount of Six Thousand One Hundred Dollars ($6,100.00) should be paid to Plaintiff in full satisfaction of any and all claims for fees in this case.

**IT IS, THEREFORE, ORDERED** that "Plaintiff's Consent Motion For Attorney Fees Under The Equal Access To Justice Act 28 U.S.C. § 2412" (Document No. 30) is **GRANTED**, and an award of fees under the EAJA in the amount of $6,100.00 be made payable to Plaintiff's attorney, provided that the Department of the Treasury finds Plaintiff has no outstanding debt.

**SO ORDERED**.

Signed: December 18, 2018

David C. Keesler
United States Magistrate Judge